# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00486-CR

**Robert Fabian, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY
### NO. 18020, THE HONORABLE WILLIAM C. KIRKENDALL, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due January 13, 2020. On counsel's motion, the time for filing was extended to April 13, 2020. Appellant's counsel has now filed a second motion, requesting that the Court extend the time for filing appellant's brief. We grant in part the motion for extension of time and order appellant to file a brief no later than May 27, 2020. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on March 19, 2020.

Before Chief Justice Rose, Justices Baker and Triana

Do Not Publish